# REPORT FOLLOWING
# VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:23-cv-317 | North Kent Sewer Authority v USSI | 01/30/2025 |

**PARTIES**         Attendees

| Name | On Behalf Of |
|---|---|
| Scott Schoolcraft | Plaintiff |
| Katie Toman | Defendant |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Doug Donnell | Plaintiff |
| Alex Ross | Defendant |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Result:  ☑ Case settled in full - Final paperwork will be filed by:
        ☐ Mediation continuing - Date of Next Session    03/01/2025
        ☐ Not settled - Mediation Completed

Dated: February 4, 2025            Carole D. Bos
                                   Carole D. Bos
                                   Mediator