**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

NORTH KENT SEWER AUTHORITY,   Case No. 1:23-cv-317

    Plaintiff,   Honorable Paul L. Maloney

v

U.S. SPECIALTY INSURANCE COMPANY, et al.,   **ORDER OF DISMISSAL**

    Defendant.
_____/

| | |
|---|---|
| Douglas A. Donnell (P33187)<br>Mika Meyers PLC<br>Attorneys for Plaintiff<br>900 Monroe Avenue NW<br>Grand Rapids, MI 49503<br>(616) 632-8000<br>ddonnell@mikameyers.com | Clinton Cameron (P45567)<br>Alexander Ross (IL#6283882)<br>Clyde & Co. US LLP<br>55 West Monroe St.<br>Suite 3000<br>Chicago, IL 60603<br>(312) 635-7000<br>Alexander.ross@clydeco.us |

_____/

**ORDER**

At a session of said Court held in the United States District Court, Western District of Michigan, Southern Division, on this __10th__ day of _____March_____, 2025.

    PRESENT:  HONORABLE PAUL L. MALONEY
                      US District Court Judge

The parties having reached a settlement of this matter and having filed a Stipulation of Dismissal with Prejudice, and the Court being otherwise fully advised in the premises.

3

{03620196 1 }

NOW, THEREFORE, IT IS ORDERED that the above-captioned case is hereby dismissed with prejudice, without costs to either side.  This is the final Order of the Court in this matter, disposing of all remaining issues.

    /s/ Paul L. Maloney
HONORABLE PAUL L. MALONEY
US District Court Judge